KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Russell Judd,            )<br>                                          )<br>           Plaintiff,            )<br>                                          )<br>vs.                                   )<br>                                          )<br>Arizona Secretary of State, et al., )<br>                                          )<br>           Defendants.       )<br>_____) | No. CV 11-1058-PHX-PGR (MHB)<br><br>**ORDER** |

Plaintiff Keith Russell Judd, who is confined in the Federal Correctional Institution-Texarkana in Texarkana, Texas, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and Application to Proceed *In Forma Pauperis*. On July 13, 2011, the Court dismissed this action under the "three strikes" provision of 28 U.S.C. § 1915(g). Plaintiff filed a Notice of Appeal. On October 24, 2011, the Ninth Circuit Court of Appeals issued a mandate dismissing the appeal and stating "because the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed."

On August 2, 2012, Plaintiff filed a Motion for Relief from Judgment (Doc. 15). The Court has reviewed the pleadings, its orders, and the order of the Ninth Circuit and finds no reason to reconsider dismissal of this action.

. . .

. . .

. . .

1   **IT IS ORDERED** that Plaintiff's August 2, 2012 Motion for Relief from
2   Judgment (Doc. 15) is **denied**.  This case must remain closed.
3      DATED this 22nd day of October, 2012.

            /s/ Paul G. Rosenblatt
            Paul G. Rosenblatt
            United States District Judge